Núm. 8332.—Berríos, apldo. *v.* Quintana, aplte.—C. D. Humacao. ▮▮▮▮▮ Abril 30, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción del demandante apelado para que se desestime el recurso por no haber sido éste proseguido con la debida diligencia; y vistos también el escrito de apelación y los documentos radicados por la apelante;

Por cuanto, de los autos aparece que la sentencia en este caso fué dictada en enero 13 de 1941 y que el escrito de apelación fué radicado en febrero 1 de 1941, sin que aparezca que la apelante haya solicitado en momento alguno que se ordene al taquígrafo que prepare la transcripción de la evidencia;

Por cuanto, la transcripción de evidencia presentada por la apelante no está autenticada por el juez que presidió la vista del caso y dictó la sentencia recurrida y aparece expedida por el taquígrafo a solicitud de la parte apelante y sin orden previa de la corte;

Por cuanto, la apelante ha expresado su conformidad con la sentencia en cuanto por ella se declara roto y disuelto el vínculo matrimonial existente entre ella y su esposo, el apelado, y solamente apela de dicha sentencia en cuanto la priva a ella de la patria potestad sobre sus hijos, lo cual es consecuencia legal inevitable de la disolución del vínculo matrimonial (artículo 107 del Código Civil, ed. 1930, según fué enmendado en 1935), y no es por tanto apelable;

Por lo tanto, se desestima el presente recurso.